**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 15-602-JFW (PJWx)**                                             Date:  September 9, 2015

Title:    The Earphone Connection, Inc. -v- LAC Comms, et al.

---

**PRESENT:**
              **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   Shannon Reilly                                             None Present
   Courtroom Deputy                                           Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
              None                                                                   None

**PROCEEDINGS (IN CHAMBERS):**     ORDER TO SHOW CAUSE WHY COUNSEL SHOULD NOT BE SANCTIONED FOR FAILURE TO CONDUCT A SETTLEMENT CONFERENCE

   The parties are ordered to show cause in writing by **September 15, 2015** why the Court should not impose sanctions in the amount of $1,500.00 against each lead counsel for their failure to conduct the Settlement Conference by the deadline ordered by the Court in the Scheduling and Case Management Order filed on May 13, 2015 [Docket No. 27].

   No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions.


          IT IS SO ORDERED.